# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER JONES** : | **CIVIL ACTION NO. 4:09-CV-0887** |
| : | |
| **Plaintiff** : | |
| v. : | **(Judge Conner)** |
| : | |
| **CO HASHAGEN, CO LINHERT,** : | |
| **JOSEPH SEMON**, Superintendent : | |
| **MICHAEL D. KLOPOTOSKI** and : | |
| **DR. DEPMSEY** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 20th day of May, 2011, upon consideration of this court's order dated May 12, 2011 (Doc. 68), wherein the court directed the United States Marshal to re-attempt service on defendant C.O. Linhert, and upon further consideration of the waivers of service returned un-executed by the U.S. Marshal (see Docs. 69, 70), wherein the Marshal states that the Pennsylvania Department of Corrections has no record of ever employing a "C.O. Linhert" or "Dr. Dempsey," and Prison Health Services has no record of every employing a "Dr. Dempsey," and the court finding that the U.S. Marshal made reasonable efforts to serve the defendants but is unable to effectuate service on defendants C.O. Linhert and Dr. Dempsey without additional information, and the court concluding that although "[t]he officers of the court shall issue and serve all process" when a plaintiff is proceeding *in forma pauperis*, 28 U.S.C. § 1915(d); see also FED. R. CIV. P. 4(c)(3), the plaintiff must provide the Marshal with sufficient information to serve the defendant, see Jensen v. Knowles, 621 F. Supp. 2d 921, 930 (E.D. Cal. 2008) (citing

Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994)); see also Sellers v. United States, 902 F.2d 598, 602 (7 Cir. 1990) (stating that "[t]he Marshal needs from the prisoner information sufficient to identify the guard"), it is hereby ORDERED that:

1. Within sixty (60) days of the date of this order, plaintiff Christopher Jones shall provide additional information to identify defendants C.O. Linhert and Dr. Dempsey including, at the minimum, each defendant's first name, and, if available, each defendant's address and last known place of employment.

2. Failure to comply with the preceding paragraph may result in dismissal of the complaint.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge